OPINION — AG — IN YOUR QUESTION YOU ASK IN EFFECT IF SECTION 2 OF HOUSE BILL NO. 51 OF THE 21ST (1947) OKLAHOMA LEGISLATURE IS INVALID UNDER THE PROVISIONS OF ARTICLE V, SECTION 57, ANSWER: THE 1947 AMENDMENTS CONTAINED THEREIN CAME WITHIN THE PURVIEW OF THE SUBJECT SET FORTH IN THE ABOVE QUOTED TITLE OF SAID BILL. CITE: 59 O.S. 1961 164 [59-164](C), 59 O.S. 1963 Supp., 164 [59-164](C) (FRED HANSEN)